# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0353.  HUGH MACK THOMPSON, et al. v. LORI WILKINS.**

Lori Wilkins filed a complaint against her ex-husband, Hugh Mack Thompson, seeking to interpret a provision in a divorce decree.  The superior court granted summary judgment to Wilkins and awarded her $500,000 in damages, plus pre-judgment interest.  Thompson filed an application for discretionary appeal from the trial court's order in this Court.  We lack jurisdiction.

Because this appeal requires construction of a non-custodial provision of a final divorce decree, the appeal is within the divorce and alimony jurisdiction of the Supreme Court.  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  See *D'Errico v. D'Errico*, 281 Ga. 508 (640 SE2d 30) (2007); *Bryant v. Cole*, 266 Ga. 535 (468 SE2d 361) (1996).  This appeal is therefore TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



, *Clerk.*